# **EXHIBIT A**



# Service of Process Transmittal
01/13/2021
CT Log Number 538883798

| | |
|---|---|
| **TO:** | Monte H. Baier, Senior Vice President & General Counsel<br>Panda Restaurant Group, Inc.<br>1120 N TOWN CENTER DR STE 150<br>LAS VEGAS, NV 89144-6303 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Panda Express, Inc.  (Domestic State: CA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JUAN CERVANTES, PLTF. vs. PANDA EXPRESS, INC. AND PANDA RESTAURANT GROUP, INC., DFTS. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 202075888 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/13/2021 at 15:16 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/14/2021, Expected Purge Date: 01/19/2021 |
| | Image SOP |
| | Email Notification,  Monte H. Baier  Monte.Baier@PandaRG.com |
| | Email Notification,  Melinda Yee-Dong  Melinda.Yee-Dong@pandarg.com |
| | Email Notification,  James Hedges  james.hedges@pandarg.com |
| | Email Notification,  Julia Duong  julia.duong@pandarg.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / AS



**Service of Process Transmittal**
01/13/2021
CT Log Number 538883798

**TO:** Monte H. Baier, Senior Vice President & General Counsel
Panda Restaurant Group, Inc.
1120 N TOWN CENTER DR STE 150
LAS VEGAS, NV 89144-6303

**RE:** **Process Served in Texas**

**FOR:** Panda Express, Inc.  (Domestic State: CA)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / AS



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Jan 13, 2021

**Server Name:** Drop Service

| Entity Served | PANDA EXPRESS, INC. |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 202075888 |
| Jurisdiction | TX |



COPY OF PLEADING PROVIDED BY PLT

CAUSE NO. 202075888

RECEIPT NO: 904384  TRACKING NO: 73816146
EML

| Plaintiff:<br>CERVANTES, JUAN<br>vs.<br>Defendant:<br>PANDA EXPRESS INC | In The 165th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |
|---|---|

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:  PANDA EXPRESS INC (A FOREIGN FOR-PROFIT CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT C T CORPORATION SYSTEM
1999 BRYAN ST SUITE 900, DALLAS TX 75201

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on November 24, 2020 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

This citation was issued on December 1, 2020, under my hand and seal of said court.



Issued at the request of:

MORIARTY, WADE D
2122 E GOVERNORS CIRCLE
HOUSTON, TX 77092
(713) 807-7800
Bar Number: 00789503

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:CAROLINA SALGADO

EML

Tracking Number: 73816146

## CAUSE NUMBER: 202075888

| | |
|---|---|
| **PLAINTIFF: CERVANTES, JUAN** | In the 165th |
| vs. | Judicial District Court of |
| **DEFENDANT: PANDA EXPRESS INC** | Harris County, Texas |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20.

Fees $_____

_____           By_____
                Affiant                                                       Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public